U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 3 1 2005

ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HENRY E. BUSH | CIVIL ACTION NO. 05-1392-A |
| VS. | SECTION P |
| 35TH JUDICIAL DISTRICT COURT | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and for seeking monetary relief from defendants immune from such relief pursuant to the provisions 28 U.S.C. § 1915(e)(2)(B)(i),(ii), and (ii).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 31st day of October, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE